IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN P. PRESTON | : | CIVIL ACTION |
| | : | |
| | : | NO.: 17-820 |
| v. | : | |
| | : | |
| | : | |
| VANGUARD INVESTMENT FIRM, | : | |
| *et al.* | : | |

## ORDER

**AND NOW**, this 3rd day of May 2017, upon consideration of the Statement of Interest filed by the United States of America (ECF Doc. No. 7), Plaintiff failing to respond, and finding Plaintiff's claims against Judge Pappert are against him solely in his official capacity and are barred by judicial immunity, it is **ORDERED** claims against Judge Pappert are **DISMISSED with prejudice**.

KEARNEY, J.