IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOAN P. PRESTON | : | CIVIL ACTION |
|---|---|---|
| | : | |
| | : | NO.: 17-820 |
| v. | : | |
| | : | |
| | : | |
| VANGUARD INVESTMENT FIRM, | : | |
| *et al.* | : | |

## ORDER

**AND NOW**, this 25th day of May 2017, upon consideration of Defendant David M. Koller, Esquire's uncontested Motion to dismiss (ECF Doc. No. 13) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Attorney Koller's Motion (ECF Doc. No. 13) is **GRANTED** and all claims against him are **dismissed without prejudice**; and,

2. Plaintiff's request for appointment of counsel (ECF Doc. No. 2) is **DENIED without prejudice** to be renewed should this case proceed into discovery.

KEARNEY, J.