IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOAN P. PRESTON | : | CIVIL ACTION |
| | : | |
| | : | NO. 17-820 |
| v. | : | |
| | : | |
| | : | |
| VANGUARD INVESTMENT FIRM, | : | |
| *et al.* | : | |

## ORDER

**AND NOW**, this 20th day of June 2017, upon consideration of Defendants The Vanguard Group Inc.'s and Klehr Harrison Harvey Branzburg LLP's Motion to Dismiss (ECF Doc. No. 20), no Opposition and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motion (ECF Doc. No. 20) is **GRANTED**.

KEARNEY, J.